UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRISTOPHER WILLIAMS,**

    **Plaintiff,**

v.    Case No. 6:22-cv-239-CEM-DCI

**WASTE PRO OF FLORIDA, INC.,**

    **Defendant.**

| UNITED STATES MAGISTRATE JUDGE: | Leslie Hoffman Price | COURTROOM: | 5D |
|---|---|---|---|
| DEPUTY CLERK: | Edward Jackson | COUNSEL FOR PLAINTIFF: | C. Ryan Morgan |
| AUDIO RECORDING: | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov | COUNSEL FOR DEFENDANT: | Amy S. Tingley |
| DATE/TIME:<br>TOTAL TIME: | September 14, 2022<br>1:35-3:17<br>1 hour/42 minutes | | |

**CLERK'S MINUTES**
**SETTLEMENT CONFERENCE**

Case called; appearances taken; procedural setting by the Court.
Settlement Conference held.
Settlement reached. Terms stated on the record.
The Court found the settlement fair and reasonable under Lynn's Foods.