1

```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         ORLANDO DIVISION


CHRISTOPHER WILLIAMS,             :
                                  :
     Plaintiff,                   :
                                  :    Case No.:
                                  :    6:22-cv-239-CEM-DCI
v.                                :
                                  :    Orlando, Florida
                                  :    September 14, 2022
                                  :    1:35 p.m.
WASTE PRO OF FLORIDA, INC.,       :
                                  :
     Defendant.                   :
                                  :
                                  :


              TRANSCRIPT OF SETTLEMENT CONFERENCE
          BEFORE THE HONORABLE LESLIE HOFFMAN PRICE
                 UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:         C. Ryan Morgan
                           Morgan & Morgan, P.A.
                           20 N. Orange Ave, Suite 1600
                           Orlando, FL 32801

For the Defendant:         Amy S. Shay F/K/A Amy S. Tingley
                           Stovash, Case & Tingley, PA
                           220 N. Rosalind Ave
                           Orlando, FL 32801


Proceedings recorded by electronic recording.
Transcript produced by computer-aided transcription.

                        Transcribed by:
                Suzanne L. Trimble, RPR, WACCR, CRR
                    U.S. Official Court Reporter
           (407) 900-8775 | trimblecourtreporter@gmail.com
      401 West Central Boulevard, Suite 4600, Orlando, Florida 32801
```

T A B L E   O F   C O N T E N T S

PROCEEDINGS                                                    PAGE

September 14, 2022

Colloquy Re: Introductions and Instructions    ............3
Colloquy Re: Settlement    ................................4

1               P R O C E E D I N G S

2          **THE COURTROOM DEPUTY:**  6:22-cv-239, Christopher
3     Williams v. Waste Pro of Florida, Inc.
4          Counsel, please state your appearances for the record.
5          **MR. MORGAN:**  Good afternoon again, Your Honor.  Ryan
6     Morgan on behalf of Mr. Christopher Williams.
7          **THE COURT:**  Good morning -- or good afternoon, I
8     should say.
9          **MS. TINGLEY:**  Good afternoon.  Amy Tingley, Stovash,
10    Case & Tingley, on behalf of Waste Pro of Florida.  With me is
11    Tim Dolan.
12         **THE COURT:**  Good afternoon.
13         So we're here today for a settlement conference,
14    Mr. Williams, for your claims against Waste Pro.  What we're
15    going to do in about a minute is I'll go off the record.
16    That's why I'm not wearing a robe today because I'm really
17    playing the role of mediator.  We're not going to do any
18    opening statements.  What we're going to do is when I go off
19    the record, I'm going to let Ms. Tingley and Mr. Dolan get into
20    my jury room where they'll be situated, and then I'm going to
21    come in here and talk to you and your attorney, Mr. Morgan, and
22    we'll just go back and forth and see if we can resolve this
23    claim.
24         Do you understand, sir?
25         **MR. WILLIAMS:**  Yes.

1        **THE COURT:** Okay.  If at any time, Mr. Williams, you
2    have questions for me -- I'm directing this to you because
3    Mr. Morgan, Ms. Tingley, and Mr. Dolan have been with me since
4    9:00 this morning.  But do you have any questions for me at
5    this time, sir?
6        **MR. WILLIAMS:** No.
7        **THE COURT:** Okay.  Very good.
8        Ms. Tingley, do you have any questions for me on
9    behalf of your client before we separate?
10        **MS. TINGLEY:** No, Your Honor.
11        **THE COURT:** All right.  Thank you.
12        Mr. Morgan, I'll let you have the last word.  Do you
13    have any questions for me?
14        **MR. MORGAN:** Not from me.
15        **THE COURT:** All right.  Then we'll go ahead and go off
16    the record and I'll start with you all --
17        (Pause in recording.)
18        **THE COURTROOM DEPUTY:** Back on the record in
19    Christopher Williams v. Waste Pro of Florida, Case
20    No. 6:22-cv-239.
21        **THE COURT:** Good afternoon, everybody.  I am pleased
22    to report that we have been engaged in a settlement conference,
23    and we have settled all claims in this case.  Because this is
24    an FLSA overtime compensation action, I will be putting all of
25    the terms on the record.

1    Defendant has agreed to pay to plaintiff $16,500.
2    That is in exchange for satisfaction and release of all claims
3    that Mr. Williams could have, should have, or has filed in this
4    case against Defendant, including any claims for liquidated
5    damages.  This amount does not include attorney's fees.  That
6    will be negotiated separate and apart at a separate settlement
7    conference.
8    And other than the approval issue, Mr. Morgan, am I
9    missing any terms or anything you require clarification?
10   **MR. MORGAN:**  No, Your Honor.
11   **THE COURT:**  Same question to you, Ms. Tingley.  Am I
12   missing anything or anything requires clarification before we
13   go into the approval issue?
14   **MS. TINGLEY:**  No, Your Honor, just that we would ask
15   for a W-9 from Mr. Williams.
16   **THE COURT:**  Absolutely. We'll put that on the record,
17   and I've already explored that with Mr. Williams and he'll get
18   that shortly.
19   Now turning to the approval issue.  The presiding District
20   Judge Mendoza has given me the authority to review and approve
21   this settlement under *Lynn's Foods*.  I have been the mediator
22   of this case.  I will say for the record I find the settlement
23   to be a fair and reasonable settlement of all claims under
24   *Lynn's Foods*, and that will conclude.
25   The parties, you will not need to file any sort of motion

1  seeking further approval.  I have approved the settlement.
2      So with that, let me turn to you, Mr. Morgan.  Do you agree
3  with and understand the terms as I have just explained them?
4          **MR. MORGAN:**  I do, yes.
5          **THE COURT:**  Mr. Williams, do you agree to the terms as
6  I have just explained them?
7          **MR. WILLIAMS:**  Yes.
8          **THE COURT:**  Do you understand the terms as I have just
9  explained them?
10         **MR. WILLIAMS:**  Yes, I do.
11         **THE COURT:**  Very good.  Thank you.
12             Ms. Tingley, do you agree and understand the terms as
13  I have just explained them?
14         **MS. TINGLEY:**  Yes, Your Honor.
15         **THE COURT:**  And last, but not least, Mr. Dolan, do you
16  agree and understand the terms as I have just explained them?
17         **MR. DOLAN:**  Yes, Your Honor.
18         **THE COURT:**  Very good.  That concludes everything in
19  this settlement conference.  I want to thank everybody.  It was
20  a lot of hard work and good faith effort.  We'll take a
21  five-minute break and then we'll start with the last settlement
22  conference for the day, and I will see you back here.
23             Mr. Williams, safe travels home.
24         **MS. TINGLEY:**  Thank you.
25         **MR. WILLIAMS:**  Thank you.

1      (WHEREUPON, this matter was concluded at 3:17 p.m.)

2

3                              - - -

4                      **CERTIFICATE OF REPORTER**

5  I certify that the foregoing is a correct transcript from the
   official electronic sound recording of the proceedings in the
6  above-titled matter.

7

8  s/Suzanne L. Trimble                              9/28/22
   Suzanne L. Trimble, CRR, RPR, WACCR               Date
9  U.S. Official Court Reporter